Filed 8/11/25  P. v. K.F. CA4/2

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>K.F., a juvenile,<br><br>    Defendant and Appellant. | E084313<br><br>(Super.Ct.No. J290316)<br><br>OPINION |

APPEAL from the Superior Court of San Bernardino County.  Michael S. Dauber, Judge.  Affirmed.

Gerald J. Miller, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

1

In 2024 K.F. (minor) admitted to a violation of Penal Code section 459.[1] He appealed his judgment. His attorney was unable to identify any errors and filed a brief under the authority of *People v. Wende* and *Anders v. California*[2] asking us to perform an independent review of the record. We affirm.

## BACKGROUND

Minor has a history of sustained juvenile wardship petitions stretching back to 2021. In May 2024 minor was charged with one count of residential burglary (§ 459). The juvenile wardship petition also alleged this was a serious felony under section 1192.7, subdivision (c). Minor initially denied the charge, but finally admitted it on May 22, 2024. The court continued him as a ward, and ordered 180 days in juvenile detention.

## DISCUSSION

We appointed counsel to represent minor on appeal, and counsel has filed a brief under the authority of *People v. Wende* and *Anders v. California*, setting forth a statement of the case and a summary of the facts and asking us to conduct an independent review of the record. Counsel's brief did not identify any potential issues. We offered minor an opportunity to file a personal supplemental brief, and he has not done so.

---

[1] Unlabeled statutory citations are to the Penal Code.

[2] *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*); *Anders v. California* (1967) 386 U.S. 738 (*Anders*).

We have also independently reviewed the record for potential error as required by *People v. Kelly* (2006) 40 Cal.4th 106 and find no arguable error that would result in a disposition more favorable to minor.

DISPOSITION

We affirm the judgment.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

RAPHAEL                 
                    J.

We concur:


CODRINGTON        
        Acting P. J.


MENETREZ        
          J.